IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN B. EICHELMAN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LANCASTER COUNTY, et al., | : | |
|     Defendants. | : | NO. 06-547 |

**O R D E R**

**AND NOW, TO WIT** this 28th day of August, 2007, it having been reported that the matter between the parties in the above action has been settled and the Court having observed that the parties have negotiated a resolution of the case in good faith, it is hereby **ORDERED**, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , that the above action is **DISMISSED** with prejudice, pursuant to the agreement of the parties**.**

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

Civ 2 (8/2000)
41(b).frm